IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONALD JERMAINE JACKSON,

      Petitioner,

v.

T. LILLARD,

      Respondent.

Case No. 3:25-CV-01127-NJR

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

    Before the Court is a Petition for habeas corpus filed by Ronald Jermaine Jackson pursuant to 28 U.S.C. § 2241. (Doc. 1). Jackson has presented the claims he raises here to every judge in this district. Not surprisingly, this strategy has been a losing one as his claims have been rejected every time. *See Jackson v. Lillard*, No. 3:24-CV-2687-NJR (S.D. Ill. Apr. 29, 2025); *Jackson v. Lillard*, 3:25-cv-00542-DWD (S.D. Ill. Apr. 10, 2025); *Jackson v. Lillard*, No. 24-cv-1690-NJR (S.D. Ill. Oct. 24, 2024); *Jackson v. Lillard*, No. 24-cv-1539-JPG (S.D. Ill. June 20, 2024); *Jackson v. Lillard*, No. 24-cv-1225-SMY (S.D. Ill. May 6, 2024). Undeterred, Jackson continues to press the same oft-rejected claims, notwithstanding this Court's explicit warning that he stop this dead end pursuit. *See Jackson v. Lillard*, No. 3:24-CV-2687-NJR, 2025 WL 1234150, at *3 (S.D. Ill. Apr. 29, 2025).

    The undersigned Chief District Judge has warned Jackson that further frivolous filings will result in sanctions. *Id.* At least one other judge in this district has already sanctioned Jackson due to the "frivolity" of his filings. *See Jackson*, 3:25-cv-00542-DWD, at Doc. 9 (imposing $200 sanction). The undersigned has further warned Jackson that

"any future habeas corpus petition filed by [him] will be deemed rejected, without the need for judicial action, 30 days after its filing, unless the court orders otherwise." *Jackson*, 2025 WL 1234150, at *3. The Court has reviewed Jackson's instant petition and determined that it raises nothing new. Thus, consistent with the Court's prior admonition, Jackson's instant petition (Doc. 1) is **DENIED with prejudice**. The Clerk's Office is **DIRECTED** to enter judgment and close the case.

    **IT IS SO ORDERED.**

    **DATED:  July 7, 2025**

                                                                          **NANCY J. ROSENSTENGEL**
                                                                          **Chief U.S. District Judge**